# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 13 WAL 2016

               Respondent         :

                             :    Petition for Allowance of Appeal from

                             :    the Order of the Superior Court

               v.                 :

                             :

WELDON FELLS,                 :

                             :

               Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.